## PARK et al. v. UNITED STATES.

(Circuit Court, S. D. New York. May 3, 1894.)

CUSTOMS DUTIES—ACT OF OCTOBER 1, 1890—TRUFFLES.

Truffles *held* to be dutiable at 45 per cent. ad valorem, under paragraph 287 of the tariff act of October 1, 1890, within the clause, "Vegetables of all kinds, prepared or preserved, including pickles and sauces of all kinds, not specially provided for," and not at 40 per cent. ad valorem, under paragraph 271, as assimilating to "mushrooms, prepared or preserved in tins, jars, bottles or otherwise."

Appeal from Decision of Board of United States General Appraisers. Board.

Park & Tilford, in 1891, imported truffles in bottles. Duty was assessed thereon by the collector of customs at New York at 45 per cent. ad valorem, under paragraph 287 of the act of October 1, 1890.

Importers protested, claiming duty at 40 per cent. ad valorem, under paragraph 271, and that truffles are a species of fungi and assimilate to mushrooms. The board of United States general appraisers sustained the importers' protest, and reversed the decision of the collector. The collector appealed from the decision of the board to the United States circuit court.

Edward Hartley, for importers.
Henry C. Platt, U. S. Atty.

WHEELER, District Judge. These truffles are not mushrooms, in similitude to which it is claimed they should be assessed, but are found to fall, commonly and commercially, within "vegetables of all kinds prepared or preserved, including pickles and sauces of all kinds not specially provided for." They, in some way, vegetate, and are a kind of vegetable. Judgment of the board of appraisers reversed